# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES,

    *Plaintiff*,

v.

JEFFREY GAMBLE,

    *Defendant*.

Crim. No. 06-911(KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    Jeffrey Gamble, appearing *pro se* and through his attorney Michael Gilberti, Esq., has petitioned the Court to direct that he be permitted to accept an employment opportunity. [D.E. 225, 226, 228] It appears that he is under a mandate to get a job or be returned to prison from Toler House, a half-way house facility where he was placed by the Bureau of Prisons. Gamble represents that his Work Release Employment Counselor at Toler House does not approve the job Gamble wants to get.

    The government opposes [D.E. 227], arguing that this Court lacks jurisdiction because Gamble is not yet released from the custody of the Bureau of Prisons.

    Neither side has clearly articulated the contours of Gamble's sentence or indicated when he will placed on supervised release. However, there is no dispute that Gamble is still in the custody of the Bureau of Prisons. As such, the Court is without authority to grant the relief Gamble seeks and his application is denied.

    **SO ORDERED** this 16th day of March, 2012.

                                                             /s/ Katharine S. Hayden
                                                             Katharine S. Hayden, U.S.D.J.